W. Terry Scannell, OSB No. 85322
Email: terry@scannellaw.com
7128 SW Gonzaga St. #220
Portland, Oregon 97223
Telephone: (503) 776-0806
Attorney for Plaintiff Terri Kwake

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

AT EUGENE

| | |
|---|---|
| **TERRI KWAKE,** an individual and citizen of the State of Oregon,<br><br>Plaintiff,<br><br>v.<br><br>**SELECT PORTFOLIO SERVICING, INC.**, a Utah Corporation,<br><br>Defendants. | Civil No. 6:15-cv-1713<br><br>UNOPPOSED MOTION TO EXTEND DISCOVERY AND OTHER CASE DEADLINES |

**LR 7-1 CERTIFICATE OF CONFERRAL**

Counsel for Plaintiff Terri Kwake hereby certifies that he and counsel for Defendant have conferred telephonically with regard to extending the deadlines currently set in this case and Defendant's counsel do not object to the filing of this motion.

///

///



**TERRY SCANNELL**
Attorneys at Law
7128 Gonzaga St. Ste 220
Portland, Oregon 97223
Telephone: (503) 776-0806

**MOTION**

Pursuant to Fed. R. Civ. P. 6(b)(1)(A) and LR 16.3, Plaintiff Terri Kwake respectfully request that this Court issue an order extending the discovery deadline to September 29, 2016.

This Motion is not filed for the purpose of delay and Plaintiff Terri Kwake believes that no party will be prejudiced by the granting of this Motion. Furthermore, the Plaintiff believes the following reasons are in favor of granting the motion:

1. The court has yet to rule on whether the documents provided to it for in camera review on August 17, 2016 should be produced to the Plaintiff.
2. The parties have yet to schedule or conduct depositions of each other. In particular, the Plaintiff was waiting until it had all the responsive documents from Defendant's litigation file before it scheduled the deposition of Defendant.
3. The parties have begun exploring settlement options with each other.

**DATED** August 29, 2016.

/s/Terry Scannell

Terry Scannell (OSB #853220)
Email: terry@scannellaw.com
7128 SW Gonzaga St. #220
Portland, Oregon 97223
Telephone: (503) 776-0806
Attorney for Plaintiff Terri Kwake

**CERTIFICATE OF SERVICE**

I hereby certify that on September 2, 2016, I electronically filed the foregoing document with the United States District Court using the CM/ECF system. I certify that all participants in this case are registered CM/ECF users and that service will be accomplished by the USDC CM/ECF system.

STOEL RIVES LLP
Crystal S. Chase
760 SW Ninth Avenue, Suite 3000
Portland, OR 97205-2584
Telephone: (503) 294-9221
Email: crystal.chase@stoel.com

DATED: September 2, 2016, 2016

/s/Terry Scannell____________
Terry Scannell (OSB #853220)
Email: terry@scannellaw.com
7128 SW Gonzaga St. #220
Portland, Oregon 97223
Telephone: (503) 776-0806
Attorneys for Plaintiff Terri Kwake



**TERRY SCANNELL**
Attorneys at Law
7128 Gonzaga St. Ste 220
Portland, Oregon 97223
Telephone: (503) 776-0806