**W. Terry Scannell**, OSB No. 853220
Email: terry@scannellaw.com
7128 SW Gonzaga St. #220
Portland, Oregon 97223
Telephone: (503) 776-0806
*Attorney for Plaintiff Terri Kwake*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| TERRI KWAKE, an individual and citizen of the state of Oregon,<br><br>       Plaintiff,<br><br>   v.<br><br>SELECT PORTFOLIO SERVICING, INC.; a Utah Corporation,<br><br>       Defendants. | No. 6:15-cv-1713-MC<br><br>PLAINTIFF'S AMENDED EXHIBIT LIST |

Plaintiff, through counsel, Terry Scannell, hereby submits the following exhibits for use at the trial beginning February 21, 2017:

//
//
//
//
//
//
//

Page 1 -    PLAINTIFF'S AMENDED EXHIBIT LIST

| No. | Description | Offered | Marked | Admitted |
|---|---|---|---|---|
| 1. | Deed of Trust Dated 01/12/2007 | | | |
| 2. | Note Dated 01/12/2007 | | | |
| 3. | CTC Loan Origination BPO Dated 12/19/2009 | | | |
| 4. | Letter Re: Transfer of Servicing to SPS Dated 07/26/2012 | | | |
| 5. | Letter Re: Transfer of Servicing to SPS Dated 08/07/2012 | | | |
| 6. | Validation of Debt Notice Dated 08/24/2012 | | | |
| 7. | Limited Power of Attorney to SPS | | | |
| 8. | Notice of Default Dated 10/17/2012 | | | |
| 9. | SPS Appraisal of Kwake Home Dated 09/26/2013 | | | |
| 10. | Letter from SPS Dated 10/09/2013 | | | |
| 11. | Letter from SPS Dated 10/15/2013 | | | |
| 12. | BPO Screenshot from SPS Dated 10/30/2013 | | | |
| 13. | Letter from SPS Dated 11/19/2013 | | | |
| 14. | NMS Denial Review Dated 12/03/2013 | | | |
| 15. | Foreclosure Avoidance Measure Notice Dated 12/04/2013 | | | |
| 16. | Letter from SPS Denying NMS Mod Dated 12/04/2013 | | | |
| 17. | Letter from SPS re: NMS Mod Dated 12/09/2013 | | | |
| 18. | Reinstatement Quote Dated 02/18/2014 | | | |
| 19. | Letter from Terri Kwake re Valuation Dated 03/17/2014 | | | |
| 20. | HAMP Solicitation Dated 03/30/2014 | | | |
| 21. | RRReview BPO Dated 03/31/3014 | | | |
| 22. | RRReview BPO Dated 04/19/2014 | | | |
| 23. | Reinstatement Quote Dated 05/02/2014 | | | |

Terry Scannell
Attorney at Law
7128 SW Gonzaga St., Ste 220
Portland, OR 97223
P: (503) 789-6866

| No. | Description | Offered | Marked | Admitted |
|---|---|---|---|---|
| 24. | Letter from Terri Kwake to SPS Dated 06/13/2014 | | | |
| 25. | Interest Rate Change Notice Dated 07/08/2014 | | | |
| 26. | RRReview BPO Dated 07/27/2014 | | | |
| 27. | Loan Payoff Amount Statement Dated 09/26/2014 | | | |
| 28. | Reinstatement Quote Dated 09/26/2014 | | | |
| 29. | Receipt of Complete Application 09/30/2014 | | | |
| 30. | Required Information Notice Dated 10/01/2014 | | | |
| 31. | Proposed Valuation Dated 10/11/2014 | | | |
| 32. | Loan Mod Approval Dated 10/14/2014 | | | |
| 33. | RRReview BPO Dated 11/1/2014 | | | |
| 34. | Loan Mod Agreement Executed 11/11/2014 | | | |
| 35. | Loan Statement Dated 11/13/2014 | | | |
| 36. | Loan Statement Dated 12/12/2014 | | | |
| 37. | Notice of Default Dated 01/09/2015 | | | |
| 38. | HAFA Solicitation Letter Dated 03/06/2015 | | | |
| 39. | Loan Payment History Dated 09/15/2015 | | | |
| 40. | Loan Contact History Dated 12/03/2015 | | | |
| 41. | Financial Breakdown Summary Dated 04/08/2016 | | | |
| 42. | SPS_KWAKE001714_Greg Callister_11262013_505 | | | |
| 43. | FTC Announcement re: Fairbanks Capital Settlement of FTC and HUD Charges Dated 11/12/2003 | | | |
| 44. | Business Wire Article re: Sale of SPS to Credit Suisse Dated 08/12/2015 | | | |
| 45. | Moody's Research Assessment Dated 07/13/2015 | | | |
| 46. | Credit Suisse 4th Quarter 2013 Report | | | |
| 47. | Exhibit I to the NMS | | | |
| 48. | Records of Postage Costs | | | |

Terry Scannell
Attorney at Law
7128 SW Gonzaga St., Ste 220
Portland, OR 97223
P: (503) 789-6866

| 49. | Turning Point Realty Group Invoice Dated 12/26/2013 | | | |

DATED: January 20, 2017

/s/ Terry Scannell
Terry Scannell (OSB #853220)
7128 SW Gonzaga St., Ste. 220
Portland, Oregon 97223
Tel: (503) 776-0806
E-mail: terry@scannellaw.com
Attorney for Plaintiff

Page 4 - PLAINTIFF'S AMENDED EXHIBIT LIST

Terry Scannell
Attorney at Law
7128 SW Gonzaga St., Ste 220
Portland, OR 97223
P: (503) 789-6866

## CERTIFICATE OF SERVICE

I hereby certify that on February 13, 2017, I electronically filed the foregoing document with the United States District Court using the CM/ECF system. I certify that all participants in this case are registered CM/ECF users and that service will be accomplished by the USDC CM/ECF system.

DATED: Monday, February 13, 2017

/s/ Terry Scannell
Terry Scannell, OSB #853220
7128 SW Gonzaga Street, Suite 220
Portland, OR 97223
T: 503-789-6866
E: terry@scannellaw.com
Attorney for Plaintiff

CERTIFICATE OF SERVICE

Terry Scannell
Attorney at Law
7128 SW Gonzaga St., Ste 220
Portland, OR 97223
P: (503) 789-6866